-----Original Message-----
From: cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
Sent: Tuesday, November 10, 2020 1:56 PM
To: InterDistrictTransfer_ILSD <InterDistrictTransfer_ILSD@ilsd.uscourts.gov>
Subject: Transferred case has been opened


CASE: 3:20-cv-00484

DETAILS: Case transferred from Illinois Southern has been opened in CENTRAL DISTRICT OF CALIFORNIA as case 2:20-cv-10203, filed 11/06/2020.